# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## _Western_ DIVISION

## CIVIL COMPLAINT

_Norman L. Miller_
_____

Enter above the full name of Plaintiff or Plaintiffs in this action

vs.

_Hinshaw & Culbertson_
_and Terese A. Drew_
_____

Enter above the full name of Defendant or Defendants in this action

CASE NO. _4:08CV273-FJC_

## I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff _Norman L. Miller_

Address _679 S. Lafayette Ave._
_Marshall Mo. 65340_
_660-886-4259_

B. Name of Defendant(s) - _Hinshaw & Culbertson_
_and Terese A. Drew_
_701 Market Street Suite 1300_
_St. Louis, Mo. 63101_
_314-241-2600_

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

_See my typed civil complaint_

_____
_____
_____
_____

III. **Relief**

State briefly exactly what you want the Court to do for you.

I want A jury trial
_____
_____
_____

Make no legal arguments. Cite no cases or statutes.

IV. **Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?**

Yes ☐   No ☒

V. **Do you claim actual or punitive monetary damages for the acts alleged in your complaint?**

Yes ☒   No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

see typed civil complaint
_____
_____

VI. **Counsel**

Do you have an attorney to represent you in this civil action?

Yes ☐   No ☒

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☐   No ☒

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

_____
_____
_____
_____

C. If you answered no, state your reasons why no such efforts have been made.

this case cAme abouT from a case that is already in Federal CourT

VII. **Administrative Procedures**

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☐    No ☒

B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

This civil complaint just occurred

Signed this ___8___ day of __4-8-2008__, 20 _08_

_____
Signature of Plaintiff or Plaintiffs

IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF MISSOURI
WESTERN DIVISION

NORMAN L. MILLER,

       Plaintiff,

vs.

Case No. 4:08CV273-FJG

HINSHAW & CULBERTSON LLP
AND TERESE A. DREW

       Defendant,

## CIVIL COMPLAINT

COMES NOW Plaintiff, Norman L. Miller, pro se and files this civil complaint against Hinshaw & Culbertson the employer of Attorney Terese A. Drew and states as follows :

1. The Plaintiff filed a Case No. 4:06-1035-CV-W-HFS that is pending at this time before the court inwhich Terese A. Drew is representing the defendant in a case who own and operated a carnival that was setup at the Missouri State Fair in Sedalia Missouri where a large canopy calapsed and a metal bar struck the plaintiff in the head injuring him sending him to the Bothwell Hosital there in Sedalia Mo. The plaintiff filed his case in Federal Court Case No. 4:06-1035-CV-W-HFS against a Defendant that Mrs. Terese A. Drew was representing.  As Attorney for the defendant Mrs Drew asked of the Plaintiff to sign the name and hospital where he was treated for his injuries on one page and the other paged was to be notarized so that the Defendants' Attorney Terese Drew could get the Plaintiffs' medical records from the hospital, the plaintiff signed the name of the hospital on one page and also stated on that page that he was only

authorizing that Attorney Drew be able to get records there at the hospital where he was treated for his injury at the State Fair and the other page plaintiff had notarized. Attorney Drew now has permission to get **only** the records where he was treated for his injuries at the fair.

2. The plaintiff later finds out that Attorney Drew has **typed upped** new authorizations for the released of the Plaintiff's medical records at two different Medical Clinics, Attorney Drew didn't have authorization or permission to aquire these records of the Plaintiff.

3. Attorney Drew also used the signature of Plaintiff where he had notarized **only** for use at the hospital where he was treated for his injuries at these other two Medical Clinics without Plaintiffs's authorization.

## ATTORNEY DREW HAS COMMITTED FRAUD

a. Attorney Drew has violated the HIPAA law that governs Patient Privacy of his medical records by not having Plaintiffs authorization to his medical records at the two clinics.

b. Mrs Drew **typing up** medical authorizations without the Plaintiff's consent and using those documents to gain access to his medical records is **fraud** and **forgery** and the violation of his **Civil Rights**.

c. Attorney Drew committed **deciet** against the Plaintiff by using the second page of the two page authorization for the hospital where plaintiff was treated for his injuries at the State Fair to gain access to plaintiff's medical records at two different medical clinics without his consent.

d. **Misrepresentation** is the act of Attorney Drew presenting to these clinics

these documents as if I had given her permission to do so along with

**indenification thieft** using these documents without authoriaion by plaintiff.

Wherefore the plaintiff is seeking $1,000,000 in damages against the

Law Firm of Hinshaw & Culbertson the employer of Attorney Terese Drew.

Norman L. Miller
679 S. Lafayatte Ave.
Marshall Mo. 65340
(660)886-4759